| IP Address | P2PClient | HitDateUTC | File Name | ISP | State | City | County |
|---|---|---|---|---|---|---|---|
| 76.101.195.89 | BitComet 1.34 | 01/08/2013 10:35:04 PM | Maximum.Conviction.2012.480p.BRRip.XviD.AC3-PTpOWeR | Comcast Cable | Florida | Naples | Collier |

**EXHIBIT A**
Maximum 2-135